# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reginal Brian Alexander )<br>*Movant* )<br>v. )<br>United States of America )<br>*Respondent* ) | CR No.  3:14-604-JFA |

**JUDGMENT**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing and the action be dismissed with prejudice on the merits.

■ other: The Movant, Reginal Brian Alexander, shall take nothing of the Respondent, United States of America, and the petition filed pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, having dismissed the petition to vacate sentence pursuant to 28 U.S.C. § 2255.

Date:  October 28, 2020                              *CLERK OF COURT*

                                                                                  s/J. Peterson
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*